UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL L. MILLS
AKA: MICHAEL MILLS  CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-20-01269-MJC

MICHAEL L. MILLS
AKA: MICHAEL MILLS

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on July 22, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of July 22, 2022, the Debtor(s) is/are $5,698.00 in arrears with a plan payment having last been made on Jan 31, 2022.

In accordance with said stipulation, the case may be dismissed.

Respectfully Submitted,
/s/ Agatha R. McHale, Esquire
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 22, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL L. MILLS
AKA: MICHAEL MILLS             CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-20-01269-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 22, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

TULLIO DeLUCA, ESQUIRE     SERVED ELECTRONICALLY
381 N 9TH AVENUE
SCRANTON, PA 18504-

MICHAEL L. MILLS
1730 BLOOM AVE.     SERVED BY 1ST CLASS MAIL
SCRANTON, PA 18508

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101     SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2022

    /s/ Matt Arcuri
    for Jack N. Zaharopoulos, Trustee
    Suite A, 8125 Adams Dr.
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    eMail: info@pamd13trustee.com