In re:  Case No. 20-01269-MJC
Michael L. Mills  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jul 29, 2022     Form ID: pdf010     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael L. Mills, 1730 Bloom Ave., Scranton, PA 18508-1504 |
| 5320080 | + | Allied Services, Attn: Kelly Haffner, Collection Coordina, 100 Abington Executive Park, Clarks Summit, PA 18411-2260 |
| 5320081 | + | American Sole Emergency Physicians, LLC, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5320084 | + | City of Scranton, c/o Northeast Revenue Svc., 340 N. Washington Ave., Attn: Delinquent Waste Disposal, Scranton, PA 18503-1582 |
| 5479887 | + | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5479888 | + | City of Scranton, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5321183 | + | City of Scranton Northeast Revenue, 340 N Washington Ave, Scranton, PA 18503-1546 |
| 5320085 | + | Claims Recovery Systems, 6 East Main St., Carnegie, PA 15106-2497 |
| 5320087 | | Commonwealth EMS, Collection & Credit Department, Ambulance Billing Office, P.O. Box 726, New Cumberland, PA 17070-0726 |
| 5320088 | + | Commonwealth Health EMS, 23 Old Depot Rd., New Cumberland, PA 17070-2498 |
| 5320090 | + | Geisinger Health System, 100 North Academy Ave., Danville, PA 17822-0001 |
| 5320091 | + | Intermountain Medical Group, 610 Wyoming Ave., Kingston, PA 18704-3787 |
| 5320092 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5320097 | + | Northeastern Eye Institute, 200 Mifflin Ave., Scranton, PA 18503-1942 |
| 5320104 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5320098 | | Penn Credit Corp., 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 5320099 | + | Pennsylvania Ambulance, 1000 Dunham Dr., Dunmore, PA 18512-2666 |
| 5320100 | + | Pennsylvania Ambulance, LLC, P.O. Box 629, Dunmore, PA 18512-0629 |
| 5368943 | + | PennyMac Loan Services, LLC, c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 5320103 | # | Physicians Health Alliance, PO Box 618, Dunmore, PA 18512-0618 |
| 5320105 | + | Regional Hospital of Scranton, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5320107 | + | Scranton Cardiovascular Physician Servic, 746 Jefferson Ave., Scranton, PA 18510-1624 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5320082 | | Email/Text: collectors@arresourcesinc.com | Jul 29 2022 18:43:00 | AR Resources, Inc., 1777 Sentry Pkwy. W, Blue Bell, PA 18422-2207 |
| 5320079 | + | Email/Text: mnapoletano@ars-llc.biz | Jul 29 2022 18:43:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 5320083 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2022 18:46:20 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5320086 | + | Email/Text: dylan.succa@commercialacceptance.net | Jul 29 2022 18:43:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5320089 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 29 2022 18:43:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 5320093 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2022 18:46:12 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5324133 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2022 18:46:12 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5320094 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jul 29 2022 18:43:00 | Medical Data Systems, Inc., 645 Walnut St. Ste 5, Gadsden, AL 35901-4173 |
| 5320096 | + | Email/Text: Bankruptcies@nragroup.com | Jul 29 2022 18:43:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5336347 | + | Email/PDF: ebnotices@pnmac.com | Jul 29 2022 18:46:20 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 5324136 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2022 18:46:12 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5320101 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 29 2022 18:43:00 | Pennsylvania American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 5320102 | + | Email/PDF: ebnotices@pnmac.com | Jul 29 2022 18:46:20 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5320106 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2022 18:46:16 | Resurgent Capital Services, P.O. Box 19008, Greenville, SC 29602-9008 |
| 5320108 | | Email/Text: bkrcy@ugi.com | Jul 29 2022 18:43:00 | UGI Utilities, P.O. Box 13009, Reading, PA 19612-2677 |
| 5320109 | | Email/Text: bankruptcy@uscbcorporation.com | Jul 29 2022 18:43:00 | USCB Corporation, 101 Harrison St., Archbald, PA 18403 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5320095 | *+ | Michael L. Mills, 1730 Bloom Ave., Scranton, PA 18508-1504 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2022       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | |

TWecf@pamd13trustee.com

James Randolph Wood

on behalf of Creditor City of Scranton jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jerome B Blank

on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com

Jill Manuel-Coughlin

on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com

Mario J. Hanyon

on behalf of Creditor PENNYMAC LOAN SERVICES LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen

on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@mwc-law.com

Rebecca Ann Solarz

on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

Tullio DeLuca

on behalf of Debtor 1 Michael L. Mills tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| MICHAEL L. MILLS<br>AKA: MICHAEL MILLS<br><br>Debtor 1 | Chapter: 13<br><br>Case No.: 5-20-bk-01269-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>vs.              Movant(s)<br><br>MICHAEL L. MILLS<br>AKA: MICHAEL MILLS<br>Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in Settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 58, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 29, 2022